IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01456-BNB

JONATHAN LEE RICHES,

Plaintiff,

v.

MANOLO BLAHNIK,
OLIVER PEOPLES,
FIFI CHACHNIL,
ROGER VIVIER,
NICOLAS GHESQVIERE,
MASSIMO BIZZOCCHI, and
BUREAU OF PRISONS,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2008

GREGORY C. LANGHAM
　　　　　　　CLERK

## ORDER OF DISMISSAL

Plaintiff, Jonathan Lee Riches, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution – Williamsburg, in Sauters, South Carolina. Mr. Riches filed *pro se* a document titled "Habeas Corpus Relief Under 28 USC 2241."

Magistrate Judge Craig B. Shaffer determined that the action was deficient and, on July 9, 2008, entered an order, filed on July 11, 2008, directing the clerk of the Court to commence a civil action and ordering Mr. Riches to cure certain designated deficiencies.

Specifically, Magistrate Judge Shaffer found that, despite how Mr. Riches characterized the document titled "Habeas Corpus Relief Under 28 USC 2241," Mr.

Riches was asserting civil rights claims, not habeas corpus claims, because he complained about the conditions of his confinement. Magistrate Judge Shaffer directed the clerk of the Court to mail to Mr. Riches the proper, Court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Shaffer ordered Mr. Riches to submit to the Court within thirty days a completed Prisoner Complaint, a completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a certified copy of his inmate trust fund account statement for the six months prior to the filing of the instant action, if he desired to proceed *in forma pauperis*. Otherwise, Magistrate Judge Shaffer informed Mr. Riches, he must pay the $350.00 filing fee in order to proceed in this action.

Mr. Riches has failed within the time allowed to comply with the directives of the July 11, 2008, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the document titled "Habeas Corpus Relief Under 28 USC 2241" is dismissed without prejudice for failure to prosecute and for failure to comply with the July 11, 2008, order to cure.

DATED at Denver, Colorado, this 20 day of Aug., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01456-BNB

Jonathan Lee Riches
Reg. No. 40948-018
FCI - Williamsburg
PO Box 340
Salters, SC 29590

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/22/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk